UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:
PATH MEDICAL LLC,            Case No. 21-18338-SMG
PATH MEDICAL CENTER HOLDINGS, INC.    Case No. 21-18339-SMG
                                                          Jointly Administered

           Debtors.                          Chapter 11
_____/

PATH MEDICAL, LLC, a Florida Corp.
(*a/a/o DeVecchi, Luana*),

           Plaintiff,
                                                           Adversary No. 21-ap-1304
v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

           Defendant.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2021, a NOTICE OF HEARING was entered by the Court. I also certify that a true and correct copy of the foregoing document was served that same day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

Dated: November 1, 2021

                                                      */s/ Mark J. Wolfson*
                                                      Mark J. Wolfson (FBN 0352756)
                                                      FOLEY & LARDNER LLP
                                                      100 N. Tampa Street, Suite 2700
                                                      Tampa, Florida 33602
                                                      (813) 229-2300 (telephone)
                                                      (813) 221-4210 (facsimile)
                                                      Primary email: mwolfson@foley.com
                                                      Secondary email: crowell@foley.com

                                                      **Counsel for Plaintiff**

4863-4598-6561.1